ABNER GREENBERG, Appellant, v. MARYLAND CASUALTY COMPANY, Respondent. — Order affirmed, with twenty dollars costs and disbursements, with leave to serve an amended complaint within ten days from service of order upon payment of said costs, and ten dollars costs of motion awarded by the order appealed from. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SAMUEL FASSLER, as Superintendent of Buildings of the Borough of Manhattan, Appellant, v. ALL WHITE WET WASH LAUNDRY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant judgment for the plaintiff.

HARRY LEWIS STONE, Appellant, v. COMMUNITY FOUNDERS, INC., Respondent.— Judgment modified by increasing the amount of the judgment by the sum of $1,677.25, with interest and costs, and as so modified affirmed, with costs· to the appellant. The record establishes that, in addition to the amount awarded at the trial, permanent savings were effected by the plaintiff in the amount of $1,677.25 on the items of interest, commissions and collections. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LEROY B. DELANEY, Respondent, v. JAMES W. STEWART, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SAMUEL MEIERFELD, Appellant, v. DENNIS P. KENNEDY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MICHAEL R. SCHWARTZ and MORRIS CUKOR, Respondents, v. FIFTY GREENWICH STREET REALTY CORPORATION and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SALVATORE F. LACORTE, Respondent, v. PHILADELPHIA DAILY NEWS, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within ten days after service of order upon payment of said costs. No opinion. ˙Present —·Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 149 EAST FORTY-SEVENTH STREET CORPORATION, Respondent, v. JAMES J. SEXTON and Others, Appellants.— Orders affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

COLUMBUS BANK, Appellant, v. FRANCIS M. VERRILLI, Respondent. — Judgment affirmed,· with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JACOB NARZISENFELD, Appellant, v. WESTERN PRODUCE COMPANY, INC., Sometimes Doing Business ·under the Name and Style of LUBBOCK POULTRY AND EGG COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.